### WILLIMS *v.* MANGUM.

Where the judge of the superior court sanctions a petition for certiorari which is not properly verified, and in his answer to the writ the justice of the peace fully supports and corroborates the averments of the petition in all material particulars, it is too late to dismiss the certiorari on the ground that the averments of the petition are not sufficiently verified.

Submitted February 22, — Decided March 3, 1904.

Certiorari.    Before Judge Lumpkin.    Fulton superior court. April 24, 1903.

*Hugh M. Dorsey, J. H. Leavitt,* and *W. P. Bloodworth,* for plaintiff.    *James E. Warren,* for defendant.

COBB, J. The judge dismissed the certiorari, because the petition was not verified in the manner prescribed in the Civil Code, § 4638. Under the ruling in *Taylor* v. *Gay*, 20 *Ga.* 77 (3), which was followed in *Taylor* v. *State*, 118 *Ga.* 52, it was error to dismiss the certiorari. The failure to verify the petition is a good reason for the judge to refuse to sanction it *(Paulk* v. *Hawkins*, 106 *Ga.* 206); but after the petition has been sanctioned, and the answer of the magistrate filed, it is too late to dismiss the certiorari for the defect in the affidavit, if the answer supports the allegations of the petition.

*Judgment reversed. All the Justices concur, except Simmons, C. J., absent.*